**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **U.S. HOME CORPORATION,** ) | |
| ) | |
| **Plaintiff/Counterdefendant, &** ) | |
| ) | |
| **LENNAR CORPORATION,** ) | **Civil Action No. 1:18-mc-00099** |
| ) | |
| **Counterdefendant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SETTLERS CROSSING, L.L.C.** *et al.,* ) | |
| ) | |
| **Defendants/Counterplaintiffs, &** ) | |
| ) | |
| **STEVEN B. SANDLER,** ) | |
| ) | |
| **Defendant.** ) | |

_____

**Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1**

Defendant iStar Financial, Inc., by and through counsel, pursuant to Federal Rule of Civil

Procedure 7.1, hereby discloses the following with respect to affiliations and financial interests:

Defendant iStar Financial, Inc. does not have a parent corporation. There are no publicly-

held corporations that own 10% or more of iStar Financial, Inc.'s stock.

ISTAR FINANCIAL INC.

By Counsel Respectfully submitted,

COOLEY LLP


By: /s/ Eric A. Kuwana

Eric A. Kuwana
1299 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004
Tel: (202) 728-7094
Fax: (202) 842-7899
ekuwana@cooley.com

*Counsel for iStar Financial Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, a copy of the foregoing was served electronically upon counsel of record via the Court's CM/ECF system.

/s/ Eric A. Kuwana
Eric A. Kuwana