**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **U.S. HOME CORPORATION,** ) | |
| ) | |
| **Plaintiff/Counterdefendant, &** ) | |
| ) | |
| **LENNAR CORPORATION,** ) | **Civil Action No. 1:18-mc-00099** |
| ) | |
| **Counterdefendant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SETTLERS CROSSING, L.L.C.** *et al.,* ) | |
| ) | |
| **Defendants/Counterplaintiffs, &** ) | |
| ) | |
| **STEVEN B. SANDLER,** ) | |
| ) | |
| **Defendant.** ) | |

**iSTAR FINANCIAL, INC'S RESPONSE TO
O'MELVENY & MYERS MOTION TO TRANSFER JOINT
MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION,
OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant iStar Financial, Inc., ("iStar") by and through counsel, pursuant to this Court's Order dated August 7, 2018, responds to O'Melveny & Myers Motion to Transfer Joint Motion to Quash Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action ("Motion to Transfer") (ECF No. 2), as follows:

After reviewing the Motion to Transfer and the case law cited in support thereof, iStar consents to the transfer of the Joint Motion to Quash Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (ECF No. 1) to the United States District Court for the District of Maryland.

ISTAR FINANCIAL INC.

By Counsel Respectfully submitted,

COOLEY LLP


By:    /s/ Eric A. Kuwana
        Eric A. Kuwana
        1299 Pennsylvania Ave., N.W.
        Suite 700
        Washington, DC 20004
        Tel: (202) 728-7094
        Fax: (202) 842-7899
        ekuwana@cooley.com

        *Counsel for iStar Financial Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, a copy of the foregoing was served electronically upon counsel of record via the Court's CM/ECF system.

/s/ Eric A. Kuwana
Eric A. Kuwana